IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD P. LANE,

    Petitioner,

v.

WILLIAM POLLARD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-458-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Ronald P. Lane for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

_____    9/2/11
Peter Oppeneer, Clerk of Court    Date