IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD P. LANE,

      Petitioner,

                               JUDGMENT IN A CIVIL CASE

v.

                               Case No. 11-cv-458-bbc

WILLIAM POLLARD,

      Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Ronald P. Lane for a writ of habeas corpus under 28 U.S.C. § 2254 is denied.

_____      _9/2/11_

Peter Oppeneer, Clerk of Court          Date