IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RONALD P. LANE,

                                                                                    ORDER

                         Petitioner,

                                                                                     11-cv-458-bbc

    v.

WILLIAM POLLARD,

                       Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on November 10, 2011, I gave petitioner Ronald Lane an extension of time until November 29, 2011, in which to pay $208.73 as an initial partial payment of the $455 fee for filing his appeal. I told petitioner that if, by November 29, 2011, he failed to pay the initial partial payment or explain his failure to do so, I would advise the court of appeals of his noncompliance in paying the assessment so that it could take whatever steps it deemed appropriate with respect to his appeal. Petitioner has submitted only $13.45 of the $208.73 initial partial payment. Accordingly, I am notifying the Court of Appeals for the Seventh Circuit of petitioner's failure to pay the entire assessed amount so that it may take whatever action is appropriate with respect to petitioner's appeal. Whether or not the court of appeals allows petitioner's appeal to go forward, petitioner owes

1

the $455 fee for filing this appeal.  Therefore, I am requesting that the clerk of court insure that the court's financial records reflect petitioner's financial obligation to pay the fee.

Entered this 5th day of December, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge